| | |
|---|---|
| 1 | BRIAN BOYNTON |
| | Principal Deputy Assistant Attorney General |
| 2 | Civil Division |
| 3 | ARUN G. RAO |
| | Deputy Assistant Attorney General |
| 4 | |
| 5 | GUSTAV W. EYLER |
| | Director |
| 6 | Consumer Protection Branch |
| 7 | ALLAN GORDUS |
| | Assistant Director |
| 8 | ELLEN BOWDEN MCINTYRE |
| | Trial Attorney |
| 9 | Consumer Protection Branch |
| | Department of Justice, Civil Division |
| 10 | P.O. Box 386 |
| | Washington, D.C. 20044 |
| 11 | (202) 451-7731 |
| | Ellen.Bowden.McIntyre@usdoj.gov |
| 12 | |
| | Of Counsel: |
| 13 | MARK RAZA |
| | Chief Counsel |
| 14 | Food and Drug Division |
| 15 | PERHAM GORJI |
| | Deputy Chief Counsel for Litigation |
| 16 | |
| | ROSELLE N. OBERSTEIN |
| 17 | Associate Chief Counsel |
| | Office of the Chief Counsel |
| 18 | Food and Drug Administration |
| | 10903 New Hampshire Avenue |
| 19 | Silver Spring, MD 20993-0002 |
| | 301-348-3011 |
| 20 | Roselle.Oberstein@fda.hhs.gov |
| | *Attorneys for Plaintiff* |
| 21 | |
| 22 | JONATHAN EMORD |
| | PETER A. ARHANGELSKY |
| 23 | Emord & Associates, P.C. |
| | 2730 S. Val Vista Dr., Bldg. 6, Suite 133 |
| 24 | Gilbert, AZ 85295 |
| 25 | (602) 393-4361 |
| | jemord@emord.com |
| 26 | paharngelsky@emord.com |
| 27 | *Attorneys for Defendants* |
| 28 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Global Vitality, Inc., dba Enzyme Process International, a corporation; Steven D. Roderick; Gorica Blagojevic; individuals,<br><br>Defendants. | Civil No. _____<br><br>**UNITED STATES' MOTION TO ENTER CONSENT DECREE** |

Plaintiff United States respectfully moves this Court to enter and approve the attached Consent Decree. The United States states as follows in support of this motion:

1. On October 12, 2022, the United States filed its complaint against the three Defendants in this matter: Global Vitality, Inc., dba Enzyme Process International, Steven D. Roderick, and Gorica Blagojevic. The complaint alleges that Defendants violated the Food Drug and Cosmetic Act, 21 U.S.C. § 301 *et seq*. and seeks an injunction, pursuant to 21 U.S.C. § 334, to prevent future violations of the Act and the regulations promulgated thereunder.

2. The United States and Defendants have agreed to a consent decree that specifies the provisions of the injunction and resolves the issues between the parties.

3. The United States now moves this Court for entry of the proposed consent decree, a copy of which is attached to this motion.

Therefore, for good cause shown, the United States requests that the Court enter the proposed consent decree attached to this motion.

Respectfully submitted this 12th day of October, 2022.

For the United States:
BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ARUN G. RAO
Deputy Assistant Attorney General

GUSTAV W. EYLER
Director
Consumer Protection Branch

ALLAN GORDUS
Assistant Director

*s/ Ellen Bowden McIntyre*
ELLEN BOWDEN MCINTYRE
Trial Attorney
Consumer Protection Branch
Department of Justice, Civil Division
P.O. Box 386
Washington, D.C. 20044
(202) 451-7731
ellen.bowden.mcintyre@usdoj.gov

OF COUNSEL:

MARK RAZA
Chief Counsel
Food and Drug Division

PERHAM GORJI
Deputy Chief Counsel for Litigation

ROSELLE N. OBERSTEIN
Associate Chief Counsel
Office of the Chief Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002
(301) 348-3011

## CERTIFICATE OF SERVICE

I hereby certify that on today's date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jonathan Emord
Peter Arhangelsky
Emord & Associates
jemord@emord.com
parhangelsky@emord.com

*s/ Ellen Bowden McIntyre*
Department of Justice
Consumer Protection Branch